IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MARINE FLOWER, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:23-cv-01227-JDB-jay |
| ) | |
| F/V RIVERINE ENTERPRISE (O/N 282733), ) | IN ADMIRALTY |
| her engines, tackle, apparel, appurtenances, ) | |
| etc., *in rem*, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is the joint motion of the parties for release of vessel from arrest. For good cause shown, the motion is GRANTED. The Vessel RIVERINE ENTERPRISE (O/N 282733), her engines, tackle, apparel, appurtenances, etc. is hereby now released from arrest.

IT IS FURTHER ORDERED that in accordance with the notices of voluntary dismissal filed by Plaintiff Marine Flower LLC and Intervenor-Plaintiff Northwest Tennessee Regional Port Authority, this action is hereby DISMISSED WITHOUT PREJUDICE and the Clerk is DIRECTED to enter judgment.

IT IS SO ORDERED this 26th day of June 2025.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE