UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

MARINE FLOWER, LLC,

                                        JUDGMENT IN A CIVIL CASE

    Plaintiff,

v.                                          NO. 1:23-cv-01227-JDB-jay

F/V RIVERINE ENTERPRISE (O/N 282733),

    Defendant.

---

IT IS ORDERED AND ADJUDGED that in accordance with the ORDER entered on June 26, 2025, this cause is hereby DISMISSED without prejudice.

                                        APPROVED:

                                        s/ J. DANIEL BREEN
                                        UNITED STATES DISTRICT JUDGE

                                        DATE: June 26, 2025

WENDY R. OLIVER
Clerk of Court

                                        s/Maurice Bryson
                                        (By)    Deputy Clerk